```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE QUEZADA,

                Plaintiff,

      - against -

INSPIRE UPLIFT LLC,

                Defendant.
------------------------------------------------------------X

21-CV-2575 (PAE) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       This case was filed on March 25, 2021. The record does not reflect any service of process on defendant. Accordingly, no later than **March 23, 2022**, Plaintiff shall either dismiss the case or file a letter explaining why the case should not be dismissed for failure to prosecute.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: March 16, 2022
        New York, New York

Copies transmitted this date to all counsel of record.